UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. RUSSELL,<br><br>                Petitioner,<br><br>                v.<br><br>PATRICK COVELLO, Warden,<br><br>                Respondent. | Case No. 2:19-01838 DSF (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Answer, Petitioner's Traverse, and all related filings, along with the Report and Recommendation of the assigned United States Magistrate Judge dated April 29, 2021 [Dkt. No. 16], and Petitioner's Objections to Magistrate's Report and Recommendation ("Objections") [Dkt. Nos. 19 and 20].  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.

Petitioner's objections are overruled.  Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation [Dkt. No. 16] is accepted;
2. The request for an evidentiary hearing [Dkt. No. 20, p. 1] is denied;
3. The Petition is denied and this action dismissed with prejudice; and
4. Judgment is to be entered accordingly.

DATED:  August 24, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE