JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JOHN C. RUSSELL, | Case No. 2:19-01838 DSF (ADS) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| PATRICK COVELLO, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge and Dismissing Case, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: August 24, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE